IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID KARRIGAN, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

DATAX, LTD, *et al.*,

        Defendants.

No. C 13-2995 SI

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**

In response to defendants' motion to dismiss, plaintiff filed an amended complaint. Docket No. 15. Accordingly, the Court DENIES defendants' motion as moot. Docket No. 11.

**IT IS SO ORDERED.**

Dated: October 23, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE