IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KARRIGAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br>DATAX, LTD, *et al.*,<br><br>        Defendants.<br>                                     / | No. C 13-2995 SI<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |

In response to defendants' motion to dismiss, plaintiff filed an amended complaint. Docket No. 15. Accordingly, the Court DENIES defendants' motion as moot. Docket No. 11.

**IT IS SO ORDERED.**

Dated: October 23, 2013

                                                                   SUSAN ILLSTON
                                                                   UNITED STATES DISTRICT JUDGE