IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KARRIGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DATAX, LTD, *et al.*,<br><br>　　　　Defendants.<br>_____ / | No. C 13-2995 SI<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendants. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 29, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE